Commonwealth *v.* Fleming, Appellant.

Submitted March 21, 1972. Before Wright, P. J., Watkins, Jacobs, Hoffman, Spaulding, Cercone, and Packel, JJ.

*George E. Goldstein* and *Robert M. Rosenblum,* for appellant.

*Edward P. Little, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION BY HOFFMAN, J., June 16, 1972:

In the lower court appellant timely petitioned to suppress certain evidence on the basis that such evidence was obtained pursuant to the issuance of a defective search and seizure warrant. The lower court denied this motion on the basis that the warrant was proper on its face.

In *Commonwealth v. Shaw,* 444 Pa. 110, 281 A. 2d 897 (1971), our Supreme Court had occasion to review the very same search warrant which is the subject of the instant case. In *Shaw* the Supreme Court held that the search warrant was defective. We are bound by that ruling.

Accordingly, the judgment of sentence is vacated and a new trial is ordered.

WATKINS, J., dissents.